Ryan Adair Shannon (D.C. Bar No. OR OR0007)
Stephanie M. Parent (OSB #925908) Admitted *pro hac vice*
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
T: (503) 283-5474
F: (503) 283-5528
rshannon@biologicaldiversity.org
sparent@biologicaldiversity.org

*Attorneys for Plaintiff Center for Biological Diversity*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, U.S. FISH AND WILDLIFE SERVICE, U.S. DEPARTMENT OF THE INTERIOR, and NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION<br><br>    Defendants. | Civil Action No.: 19-cv-1315-TSC |

## PROOF OF SERVICE

Pursuant to Federal Rules of Civil Procedure 4(l), I hereby certify that service of the Summons, Complaint for Declaratory and Injunctive Relief, Civil Cover Sheet, Certificate Rule LCvRule 26.1, and Notice of Right to Consent to Trial Before a United States Magistrate Judge in the above-captioned case has taken place in the following manner:

1.      The United States Attorney for the District of Columbia was served via certified mail on May 8, 2019; the United States Attorney's office received the documents on May 14, 2019.

2.      The certified mail return receipt verifying this statement is attached as Exhibit 1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 28, 2019                Respectfully submitted,

*/s/ Stephanie Parent*_____
Stephanie Parent (Admitted *Pro Hac Vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
T: (503) 283-5474
F: (503) 283-5528
sparent@biologicaldiversity.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of May, 2019, I served the foregoing Proof of Service through the U.S. Postal Service on the parties and counsel listed below.

/s/ Stephanie Parent_____
STEPHANIE PARENT (Admitted *Pro Hac Vice*)

U.S. ENVIRONMENTAL PROTECTION AGENCY,
1200 Pennsylvania Avenue, NW
Washington, DC 20460

U.S. FISH AND WILDLIFE SERVICE,
1849 C Street, NW, Room 3358
Washington, DC 20240

U.S. DEPARTMENT OF THE INTERIOR,
849 C Street, N.W.
Washington DC 20240

NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION
1401 Constitution Avenue NW, Room 5128
Washington, DC 20230

U.S. Attorney
555 4th Avenue
Washington, DC 20530

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-000

# EXHIBIT 1

**Proof of Service, Certified Mail Return Receipt**
**Case No. 19-cv-01315-TSC**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Attorney
   c/o Civil Process Clerk
   555 Fourth Street, N.W.
   Washington, D.C. 20530

   9590 9402 3553 7305 6842 69

2. Article Number (Transfer from service label)

   7019 0140 0000 7988 9128

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
   MAY 14 2019

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee: $3.50
Extra Services & Fees (check box, add fee as appropriate)
  ☒ Return Receipt (hardcopy) $
  ☐ Return Receipt (electronic) $
  ☐ Certified Mail Restricted Delivery $
  ☐ Adult Signature Required $
  ☐ Adult Signature Restricted Delivery $
Postage: $1.90
Total Postage and Fees: $8.20
Sent To: US Attorney c/o Process Clerk (1315)
Street and Apt. No., or PO Box No.: 555 4th St NW
City, State, ZIP+4: Washington, D.C. 20530

Postmark: MAY -8 2019, BYRON RUMFORD STATION, OAKLAND, CA 94612-9991

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions